```
CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:    (916) 414-8050
Facsimile:    (916) 790-9450
cfields@candicefieldslaw.com
```

Attorneys for Defendant
KHALAD HAMDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KHALED HAMDAN,<br><br>    Defendant. | Case No. 2:24-CR-00071-DJC-8<br><br>WAIVER OF DEFENDANT'S APPEARANCE |

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant KHALED HAMDAN hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, for any hearing regarding modification of conditions of supervised release, and when any other action is taken by the Court before or after trial.

    Defendant hereby requests that the Court proceed during every absence which the Court may permit pursuant to this waiver; agrees that the defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present;

and, further agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

The defendant further acknowledges being informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: January 6, 2025                    /s/ *Khaled Hamdan*
                                          KHALED HAMDAN
                                          Defendant
                                          (Original retained by attorney)

I agree and consent to my client's waiver of appearance.

Dated: January 6, 2025                    /s/ *Candice L. Fields*
                                          Candice L. Fields
                                          Attorney for Defendant
                                          KHALED HAMDAN

IT IS SO ORDERED.

Dated: January 13, 2025                   /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE