CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant
KHALAD HAMDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOSSAM HEMDAN, et al.,<br><br>Defendants. | Case No. 2:24-CR-00071-DJC-8<br><br>**REQUEST FOR TRANSPORTATION, LODGING, AND SUBSISTENCE UNDER 18 U.S.C. § 4285; REQUEST FOR CJA FUNDS UNDER 18 U.S.C. § 3006A; AND ORDER**<br><br>Date: December 3, 2026<br>Time: 9:00 a.m.<br>Court: Hon. Daniel J. Calabretta |

**REQUEST**

By minute order dated November 16, 2026, the Court vacated the November 19, 2026 trial confirmation hearing and reset it for December 3, 2026, at 9:00 a.m. in Courtroom 7. The Court directed defendants requiring transportation and subsistence to contact the United States Marshal forthwith and file a request and proposed order by November 19, 2026.

Defendant Khaled Hamdan requests assistance to attend the December 3 hearing in person. Mr. Hamdan resides in Los Angeles, California, and intends to drive his own vehicle to Sacramento, arriving December 2, 2026. He is represented by undersigned counsel appointed under the Criminal Justice Act. He requests transportation assistance and reimbursement, one night of lodging at the applicable federal government rate, and necessary subsistence.

Pursuant to 18 U.S.C. § 4285, Mr. Hamdan requests that the United States Marshal arrange for payment or reimbursement of authorized mileage for travel in his privately owned vehicle from Los Angeles to Sacramento, not to exceed $276.40. That amount represents the current cost of one-way airfare. Mileage will be calculated at the applicable authorized rate, subject to this ceiling, and gasoline will not be reimbursed separately from mileage. Mr. Hamdan requests any subsistence incident to the inbound journey permitted by § 4285 and 5 U.S.C. § 5702(a). He requests authorization for personal-vehicle travel in lieu of airfare.

Separately, pursuant to 18 U.S.C. § 3006A, Mr. Hamdan requests advance approval of CJA funds for return transportation by privately owned vehicle from Sacramento to Los Angeles, with authorized mileage reimbursement capped at $276.40; one night of lodging in Sacramento on December 2, 2026, not to exceed the applicable federal government lodging rate; and reasonable meals and incidental expenses in Sacramento in connection with the court appearance, subject to applicable limits and court approval. The requested lodging and subsistence are in addition to, and not included in, the transportation ceilings.

Accordingly, Mr. Hamdan requests that the Court expressly authorize separate funding sources for the two legs of travel: the United States Marshal under § 4285 for inbound mileage up to $276.40, and CJA funds under § 3006A for return mileage up to $276.40, together with court-approved lodging

and subsistence. The aggregate authorized mileage reimbursement shall not exceed $552.80. Counsel will contact the United States Marshal forthwith, as directed by the November 16, 2026 minute order, to coordinate the authorized inbound payment mechanism.

Dated: November 16, 2026

Respectfully submitted,

CANDICE FIELDS LAW, PC

By: /s/ Candice L. Fields
CANDICE L. FIELDS
Attorney for Defendant Khaled Hamdan

**ORDER**

Upon the request of defendant Khaled Hamdan, and pursuant to the Court's November 16, 2026 minute order and 18 U.S.C. § 4285, IT IS ORDERED that the United States Marshal shall arrange for payment or reimbursement of authorized mileage for Mr. Hamdan's inbound travel by privately owned vehicle from Los Angeles, California, to Sacramento, California, for the trial confirmation hearing on December 3, 2026, at 9:00 a.m., in Courtroom 7. Inbound mileage reimbursement shall be calculated at the applicable authorized rate and shall not exceed $276.40, the current cost of one-way airfare. This order authorizes privately owned vehicle transportation in lieu of commercial air travel, subject to coordination with the United States Marshal.

The United States Marshal may furnish subsistence incident to the inbound journey to the extent permitted by 18 U.S.C. § 4285 and 5 U.S.C. § 5702(a). No separate gasoline reimbursement shall be paid for miles reimbursed at the applicable mileage rate.

Pursuant to 18 U.S.C. § 3006A, IT IS FURTHER ORDERED that CJA funds are expressly authorized, subject to applicable payment procedures, for (1) Mr. Hamdan's return mileage in his privately owned vehicle from Sacramento to Los Angeles, calculated at the applicable authorized rate and not to exceed $276.40; (2) lodging in Sacramento for the night of December 2, 2026, not to exceed the applicable federal government lodging rate; and (3) reasonable meals and incidental expenses

connected with his required appearance, subject to applicable government limits. These expenditures are specifically approved for this required court appearance.

The combined maximum authorized reimbursement for inbound and return vehicle mileage is $552.80, allocated $276.40 to the United States Marshal for inbound travel and $276.40 to CJA funds for return travel. Lodging and subsistence are separately authorized and are not counted against that transportation maximum. Appointed counsel may advance the CJA-authorized lodging, subsistence, and return-travel expenses and seek reimbursement through the CJA process upon submission of appropriate documentation; counsel shall not be personally responsible for authorized expenses.

Counsel shall coordinate with the Marshal concerning inbound mileage arrangements.

IT IS SO ORDERED.

Dated: November 17, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE